## CHARGES AND PENALTIES

**CASE NAME:** Peter James Yeager   **CASE NO.** 2:21-CR-1-WFN-1

TOTAL # OF COUNTS: 1   ✓ FELONY   ☐ MISDEMEANOR   ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 05, 2021**

SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 844(i) | Damage by Fire to a Building Used in Interstate and Foreign Commerce | CAG not less than 5 years nor more than 20 years; $250,000; 3 years of supervised release; and $100 special penalty assessment |
|  | 18 U.S.C. § 982, 18 U.S.C. § 844, 28 U.S.C. § 2461 | Forfeiture Allegations |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |