1  Stephen R. Hormel
2  Hormel Law Office, L.L.C.
   17722 East Sprauge Avenue
3  Spokane Valley, WA 99016
   Telephone: (509) 926-5177
4  Facsimile: (509) 926-4318

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINTON
(HONORABLE Wm. Fremming Nielsen)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 2:21-CR-001-WFN |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| vs. | ) | (Amended) |
| | ) | |
| PETER JAMES YEAGER, | ) | |
| | ) | |
| Defendant. | ) | |

STEPHEN R. HORMEL, for Hormel Law Office, LLC, hereby enters his appearance as counsel on behalf of the above named Defendant in this matter.  All further notices, pleadings and correspondence should be provided to said counsel.

Dated this 10th day of January, 2021.

                                        Respectfully Submitted,

                                        Stephen R. Hormel
                                        WSBA # 18733
                                        Hormel Law Office, L.L.C.
                                        17722 East Sprauge Avenue
                                        Spokane Valley, WA 99016
                                        Telephone: (509) 926-5177
                                        Facsimile: (509) 926-4318

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Dominique Juliet Park, Assistant United States Attorney.

*s/ Stephen R. Hormel*
WSBA # 18733