Stephen R. Hormel
Hormel Law Office, L.L.C
17722 East Sprague Avenue
Spokane Valley, WA 99016
Telephone: (509) 926-5177
Facsimile: (509) 926-4318

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE WM. FREMMING NIELSEN)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> vs. ) <br> ) <br> PETER JAMES YEAGER, ) <br> ) <br> Defendant. ) <br> ) | 2:21-CR-01-WFN <br><br> MOTION TO STAY PROCEEDINGS TO DETERMINE COMPETENCY PURSUANT TO 18 U.S.C. § 4241 <br><br> **Notice of Hearing on Motion:** <br> March 9, 2021 at 6:30 pm |

Counsel, Stephen R. Hormel for Hormel Law Office, L.L.C., on behalf of PETER JAMES YEAGER, Defendant, moves the Court for a competency determination.

Title 18, section 4241 sets out the criteria for competency proceedings. A motion to determine competency may be raised at any time prior to trial and before sentencing "if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a). It is this

MOTION TO DETERMINE
COMPETENCY
1

counsel's opinion, that there is sufficient information relating to potential mental disease or defects that the Court should determine whether Mr. Yeager is competent.

Counsel has previously discussed this with AUSA Parks. She indicated no objection to proceeding in this fashion.

The Speedy Trial Act excludes the time during which the Court is determining competency. 18 U.S.C. § 3161(h)(1(A). Therefore, it is requested that the Court stay proceedings pending a comprehensive forensic psychiatric evaluation and neuropsychological testing to determine if Mr. Yeager is competent, and also to determine if Mr. Yeager suffers from any mental disease or defect that establishes a mental defense.

Dated this 6th day of March, 2021.

Respectfully Submitted,

*s/ Stephen R. Hormel*
WSBA # 18733
17722 East Sprague Avenue
Spokane Valley, WA 99016
Telephone: (509) 926-5177
Facsimile: (509) 926-4318

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Dominique Park, Assistant United States Attorney.

*s/ Stephen R. Hormel*
WSBA # 18733

MOTION TO DETERMINE
COMPETENCY

2