Stephen R. Hormel
Hormel Law Office, L.L.C.
17722 East Sprague Avenue
Spokane Valley, WA 99016
Telephone: (509) 926-5177
Facsimile: (509) 926-4318

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE JOHN T. RODGERS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:21-CR-001-WFN |
| Plaintiff, ) | |
| vs. ) | MEMORANDUM IN SUPPORT |
| ) | OF RELEASE FROM CUSTODY |
| PETER J. YEAGER, ) | PENDING TRIAL |
| ) | |
| Defendant. ) | |

PETER J. YEAGER, through counsel, Stephen R. Hormel for Hormel Law Office, LLC, submits the following memorandum in support of motion to set conditions of release pending trial.

This Court set a hearing on Mr. Yeager's request for conditions of release for Tuesday, May 4, 2021. The Court also ordered a supplemental pretrial services report (PTSR). (ECF No. 27). The United States Probation Office has submitted the supplemental PTSR. (ECF No. 28).

Based on the residential plan submitted to the Court and to US Probation, the pretrial services report concludes "conditions of release can be fashioned that

Memorandum in Support of Order
Setting Conditions of Release
1

would reasonably assure further court appearances and address danger to other persons or the community. *Id.* at 4.

Mr. Yeager's first cousin, Kyle Johnson, lives and works in Wenatchee, Washington. Mr. Johnson's address and number has been provided to the USPO Patrick Dennis. Mr. Johnson indicated he will allow Mr. Yeager and his mother to reside with his family in Wenatchee, Washington "as long as needed." *Id.* at 2.

Mr. Yeager's mother, Pauline Yeager, lives in California. She will be relocating to Wentachee to help supervise her son and transport him to expert/medical appointments and to court should the Court set conditions of release. The PTSR confirmed that she is available to relocate to Wenatchee and help care for Mr. Yeager's medical and court requirements. *Id.* Mr. Johnson and Ms. Yeager will attend tomorrow's court hearing by video conference.

Dr. Paul Connor will be visiting Mr. Yeager at the Seatac Federal Detention Center to conduct a complete battery of neuropsychological tests on Friday, May 7, 2021. Ms. Yeager will not arrive to Washington until Tuesday, May 11, 2021.

Due to these circumstances, it is requested that the Court set a time on Tuesday, May 11, 2021, for Mr. Yeager's released. and require that he be released to either Pauline Yeager or Kyle Johnson, should the Court set conditions of release.[1]

---

[1] Ms. Yeager should know her travel plans before the hearing.

Memorandum in Support of Order
Setting Conditions of Release

2

Counsel has prepared the administrative form 199C.  Mr. Yeager has read the form by video conference last week.  Counsel has advised Mr. Yeager of the significance of the form.  Counsel requests that the Court allow counsel to sign the form on Mr. Yeager's behalf, upon receiving authorization to do so at the hearing.

Suggested Special Condition 7 restricts Mr. Yeager the residence at all times, with some exceptions.  (ECF No. 28 at 5).  It is requested that the Court permit Mr. Yeager up to two hours a day to exercise outside the home, including taking walks, so long has he does not travel more than a certain distance from the residence, or the allow such outdoor exercise at the discretion of the United States Probation Office.  This is important to Mr. Yeager's ability to maintain his mental health.

Suggested Special Condition 8 restricts Mr. Yeager's travel to Eastern Washington.  *Id.*  It is requested that the Court allow travel to Western Washington.  Mr. Yeager's appointments for the psychiatric evaluation will likely take place in Western Washington.

Based on the foregoing, it is requested that the Court set conditions of release as set forth by the US Probation Office in the PTSR.  (ECF 28 at 4-6).

Memorandum in Support of Order
Setting Conditions of Release

3

Dated: May 3, 2021.

Respectfully Submitted,

*s/ Stephen R. Hormel*
WSBA #18733
Hormel Law Office, L.L.C.
17722 East Sprague Avenue
Spokane Valley, WA 99016
Telephone: (509) 926-5177
Facsimile: (509) 926-4318
Email: steve@hormellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Dominique Park, Assistant United States Attorney.

*s/ Stephen R. Hormel*
WA 18733