FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2021

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PETER JAMES YEAGER,<br><br>  Defendant. | No. 2:21-CR-00001-WFN-1<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION DENIED**<br>  **(ECF No. 33)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 33**.

Specifically, Defendant is requesting to modify special condition #28 which restricts him to his residence at all times with some narrow exceptions, **ECF No. 31.** Defendant is requesting the Court authorize three-mile walks outside his home twice a day.

The Court being fully informed, **IT IS ORDERED** Defendant's Motion, **ECF No. 33,** is **DENIED**.

**IT IS SO ORDERED.**

DATED May 17, 2021.

_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1