FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER JAMES YEAGER,<br><br>Defendant. | No. 2:21-CR-00001-WFN-1<br><br>ORDER GRANTING DEFENDANT'S SECOND MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 35)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 35**. Defendant recites in his motion that U.S. Probation does not oppose this request.

Specifically, Defendant requests permission to travel with his mother to Seattle, Washington for testing.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 35,** is **GRANTED**. Defendant is permitted to travel to Seattle, Washington leaving May 19, 2021 and returning to the Eastern District of Washington by May 21, 2021. Prior to departure Defendant shall provide Pretrial Services the address where he will be and a phone number where he can be contacted at any time.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED May 17, 2021.

_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1