FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　-vs-<br><br>PETER JAMES YEAGER,<br><br>　　　　　　Defendant. | No.　2:21-CR-0001-WFN-1<br><br>ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE |

　　　Pending before the Court is Defendant's Motion to Modify Order on Conditions of Release. ECF No. 39. Defendant asks that he be permitted to leave his property for two hours a day to go for walks. Magistrate Rodgers originally denied the request and now the matter is before this Court on *de novo* review.

　　　Mr. Yeager was originally held in custody. His history of violent behavior coupled with the nature of the instant offense suggested that no condition or combination of conditions could be imposed that would reasonably assure the safety of the community. Mr. Yeager has a history of drug and alcohol abuse and suffers from mental health issues. He had been unemployed for a while prior to his arrest.

　　　Mr. Yeager sought evaluations more easily obtained in the Seattle area. He was transported to SeaTac, but was unable to meet with evaluators due to the COVID-19 restrictions in place at the facility. To facilitate mental health examinations, Judge Rodgers released Mr. Yeager under home confinement. Under the current conditions, Mr. Yeager is confined to his residence except for the reasons outlined in the release order. He requests that he be permitted to leave the house twice daily to go for walks. Though subject to GPS monitoring, Mr. Yeager would be unfettered for two hours a day. Due to his mental health, criminal history, and the nature of the crime, allowing Mr. Yeager in the community without

ORDER - 1

a specific destination would put the community in danger. The Court has reviewed the file and Motions and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Modify Conditions of Release, filed May 23, 2021, **ECF No. 39,** is **DENIED.**

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 3rd day of June, 2021.

06-03-21

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2