FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-CR-00001-WFN-1 |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS |
| PETER JAMES YEAGER, | **MOTION GRANTED** **(ECF No. 41)** |
| Defendant. | |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 41**. Defendant recites in his motion that neither the United States nor U.S. Probation oppose this request.

Specifically, Defendant is requesting to reside in Hayden Lake, Idaho and be supervised by the District of Idaho. Additionally, he is requesting that his mother be removed as 3rd party custodian.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 41,** is **GRANTED**. The Defendant is ordered to reside with his uncle in Hayden Lake, Idaho. Special condition #11, requiring Defendant's mother to act as a 3rd party custodian, is stricken.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED July 19, 2021.



_____

JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1