FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER JAMES YEAGER,<br><br>Defendant. | No. 2:21-CR-00001-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS AND MOTION TO EXPEDITE<br><br>**MOTIONS GRANTED**<br>**(ECF Nos. 65 and 66)** |

    Before the Court is Defendant PETER JAMES YEAGER's Motion to Modify Conditions of Release, **ECF No. 65** and Motion to Expedite Hearing, **ECF No. 66**. YEAGER recites in his motion that U.S. Probation does not oppose this request and the United States defers to the Court.

    Specifically, YEAGER is requesting to reside with his mother outside of San Diego, California, and transfer courtesy supervision to the Southern District of California while the above-captioned case is pending. The Southern District of California has accepted courtesy supervision and already has a pretrial services officer assigned.

    The Court finding good cause, **IT IS ORDERED** YEAGER's Motion to Modify Conditions of release, **ECF No. 65,** and Motion to Expedite Hearing, ECF **No. 66,** are **GRANTED**.

ORDER - 1

**Pretrial Release Condition No. 14 shall read as follows:**

**Defendant shall reside in the Southern District of California while the case is pending. Defendant may travel to the Eastern District of Washington for any legally related activities provided the Defendant notifies Pretrial Services before departure of the dates of his travel and where he can be reached.**

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect, including the previously imposed GPS Monitoring condition.

**IT IS SO ORDERED.**

DATED January 7, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2