FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>PETER JAMES YEAGER,<br><br>          Defendant. | No. 2:21-CR-00001-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS<br><br>**MOTION GRANTED**<br>    **(ECF No. 88)** |

    Before the Court is Defendant's Motion to Modify Conditions, **ECF No. 88.** Defendant recites in his motion that U.S. Probation does not oppose this request. The United States was contacted and does not oppose this request.

    Specifically, Defendant is requesting to reside with his childhood friend, Russell Fouts, in Turner, Oregon, and transfer courtesy supervision to the District of Oregon while the above-captioned case is pending. Defendant states that U.S. Probation has already begun the process for the District of Oregon to accept courtesy supervision.

    The Court finding good cause, **IT IS ORDERED** Defendant's Motion to Modify Conditions, **ECF No. 88**, is **GRANTED**.

    **Pretrial Release Condition No. 14 shall read as follows:**

    **Defendant shall reside in the District of Oregon while the case is pending. Defendant may travel to the Eastern District of Washington for any legally related activities provided the**

ORDER - 1

**Defendant notifies Pretrial Services before departure of the dates of his travel and where he can be reached.**

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect, including the previously imposed Curfew and GPS Monitoring Condition. *See* ECF Nos. 31, 78.

**Defendant is advised that the Court expects this motion to be the last Motion to Modify Conditions of Release to allow Defendant to reside in another District absent exceptional circumstances. Defendant has requested to move to other Districts several times since his pretrial release commenced. U.S. Probation has represented to the Court that each time Defendant moves to another District, it places a significant strain on U.S. Probation to coordinate courtesy supervision.**

**IT IS SO ORDERED.**

DATED January 6, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2