# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br>-vs-<br>PETER JAMES YEAGER,<br><br>                          Defendant. | Case No.     2:21-CR-0001-WFN-1<br>**CRIMINAL MINUTES**<br><br>DATE:     MARCH 20, 2024<br>LOCATION:  SPOKANE<br><br>**EVIDENTIARY HEARING<br>RE: DANGEROUSNESS (Day 1)** |
|---|---|

|  | **Hon. Wm. Fremming Nielsen** |  |
|---|---|---|
| Joanna L. Knutson<br>**Courtroom Deputy** | Jon T. Burtard<br>**Law Clerk** | Crystal L. Gonzalez<br>**Court Reporter** |
| Patrick J. Cashman<br>**Government Counsel** |  | Colin G. Prince   and   John B. McEntire, IV<br>**Defense Counsel** |

**[ X ]  Open Court**     **[  ]  Chambers**     **[  ]  Telecon**

Defendant, who is not in custody, participated by video and was represented in person by appointed counsel. Defense counsel addressed the Court regarding Mr. Yeager not being present in person for the hearing.

Initial comments by Court noting the setting of this hearing to hear testimony and argument on the issue of dangerousness. Mr. McEntire addressed the Court regarding scheduling of testimony, Dr. Cosby will present testimony today and Mr. Yeager will be present in person tomorrow to testify.

Testimony presented by sworn defense witness **Dr. Cosby**, direct by Mr. McEntire.

**Recess:  10:10 a.m. to 10:31 a.m.**

Cross of **Dr. Robert Cosby** by Mr. Cashman; redirect; recross. Mr. McEntire requested an opportunity to ask a few more questions on a matter just raised by Mr. Cashman on recross. The Court granted the request. Redirect continued. No further inquiry by Mr. Cashman. Witness excused.

Court adjourned until tomorrow at 1:00 p.m. Counsel estimate the conclusion of the hearing may last the entire afternoon with the Defendant's testimony and argument.

**[ X ]  ORDER FORTHCOMING**

| **CONVENED:** 8:37 A.M. | **ADJOURNED:** 11:40 A.M. | **TIME:** 2:42 HR. | **CALENDARED** [ X ] |
|---|---|---|---|