# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-vs-<br><br>PETER JAMES YEAGER,<br><br>                    Defendant. | **Case No.**     2:21-CR-0001-WFN-1<br>**CRIMINAL MINUTES**<br><br>**DATE:**     **MARCH 21, 2024**<br>**LOCATION:**  **SPOKANE**<br><br>**EVIDENTIARY HEARING**<br>**RE: DANGEROUSNESS (Day 2)** |

| **Hon. Wm. Fremming Nielsen** | | |
|---|---|---|
| Joanna L. Knutson<br>**Courtroom Deputy** | Jon T. Burtard<br>**Law Clerk** | Crystal L. Gonzalez<br>**Court Reporter** |
| Patrick J. Cashman<br>**Government Counsel** | Colin G. Prince    and    John B. McEntire, IV<br>**Defense Counsel** | |

[ **X** ]  **Open Court**          [   ]  **Chambers**          [   ]  **Telecon**

Defendant, who is not in custody, was present in person and represented by appointed counsel.

Testimony presented by sworn Defendant, **Peter James Yeager**, direct by Mr. Prince.

**Recess:   2:39 p.m. to 2:50 p.m.**

Defendant **Peter James Yeager** resumed the stand, cross by Mr. Cashman; redirect, Mr. Cashman advised he had no further questions.  Witness excused.  Mr. Prince advised he had no further witnesses.

Mr. Cashman advised he had no evidence to present at this hearing.

Argument presented by Mr. Cashman.  Argument presented by Mr. Prince.  Rebuttal argument by Mr. Cashman.

The Court ruled that the Defendant is not guilty by reason of insanity.  Further, for the reasons stated on the record, the Court FOUND by clear and convincing evidence that Mr. Yeager is not a substantial risk to persons or property and his release does not create a substantial risk of bodily injury to another person or serious damage of property of another.

Mr. Prince inquired as to the removal of Mr. Yeager's GPS monitor.  The Court directed Mr. Yeager to report to the Probation Office immediately following this hearing for removal of the monitor.

## [  X  ]   ORDER FORTHCOMING

| **CONVENED:   1:02 P.M.** | **ADJOURNED:   4:00 P.M.** | **TIME:   2:47 HR.** | **CALENDARED   [ N/A ]** |
|---|---|---|---|